In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00152-CV**

_____

**IN THE INTEREST OF D.R.D. AND D.A.D.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-226,441-B**

**MEMORANDUM OPINION**

Donald Darden, appellant, filed a notice of appeal with the trial court on May 27, 2021. On July 9, 2021, we warned appellant that the appeal would be dismissed without further notice unless he paid the filing fee for the appeal. Despite written notice from this Court and an opportunity to cure, to date, appellant has neither asserted that he is unable to afford payment of costs for the appeal nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that appellant failed to arrange to pay for the record. *See* Tex. R. App. P.

1

37.3(b). On July 27, 2021, we notified the parties that it appeared appellant had not established indigent status for the appeal and warned that the appeal would be dismissed for want of prosecution unless by August 26, 2021, appellant established that he had arranged to pay the fees he is required to pay or that he needed additional time to do so. *See* Tex. R. App. P. 37.3(b), 42.3(b). The Court received no response to the notice. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 22, 2021
Opinion Delivered September 23, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.